# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE M. GONZALES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01128-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 11) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's confidential letter brief shall be served on or before **February 20, 2020**;
2. Commissioner's confidential letter brief shall be served on or before **March 20, 2020**;
3. Plaintiff's opening brief shall be filed on or before **April 20, 2020**;
4. Commissioner's responsive brief shall be filed on or before **May 20, 2020**;
5. Plaintiff may file a reply brief on or before **June 4, 2020**.

IT IS SO ORDERED.

Dated: **January 17, 2020**

UNITED STATES MAGISTRATE JUDGE

1